IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EVERETT LEON STOUT,

    Petitioner,

vs.

BRUCE PEARSON and
PAUL G. SUMMERS,

    Respondents.

No. 05-2546-Ma/P

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS
ORDER CORRECTING THE DOCKET
ORDER GRANTING IN PART AND DENYING IN PART IRREGULAR MOTIONS
AND
ORDER TO RESPOND TO PETITION PURSUANT TO 28 U.S.C. § 2241

Petitioner Everett Leon Stout, Bureau of Prisons inmate registration number 23867-001, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on July 28, 2005, along with a motion seeking leave to proceed in forma pauperis.[1] On the basis of the information set forth in the in forma pauperis application, the motion for leave to proceed in forma pauperis is GRANTED. The

---

[1] The petitioner also filed two additional motions, entitled "Motion: For Order to Issue Ordering the Government to Respond and Show Cause Why Writ Should Not Be Granted" and "Motion: To Be Served with a True Copy of Governments [sic] Response and Allowed to File Traverse to Response." With the exception of the request to file a reply, both of these motions are unnecessary and are DENIED. The petitioner's reply is due thirty (30) days from the due date of the response to the petition.

Clerk shall record the respondents as FCI-Memphis warden Bruce Pearson and Tennessee Attorney General Paul G. Summers.[2]

It is ORDERED that the respondents shall file a response to the petition within twenty-three (23) days.

It is further ORDERED that the Clerk shall serve a copy of the petition and this order on the respondents by certified mail and shall provide a copy of the petition and this order to the United States Attorney for the Western District of Tennessee and Tennessee Attorney General and Reporter Paul G. Summers. Pursuant to Fed. R. Civ. P. 4(i), the Clerk shall also send copies of the petition and this order by certified mail to Attorney General Alberto Gonzales.

IT IS SO ORDERED this **3d** day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[2] The petition erroneously lists Michael E. Moore, who is not identified, as an additional respondent. As he is not the petitioner's custodian, the Clerk is ORDERED to remove him as a party to this action.

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02546 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Everett Leon Stout
F.C.I-Memphis
23867-001
1101 John A. Denie Rd.
P.O. Box 34550
Memphis, TN 38184

Honorable Samuel Mays
US DISTRICT COURT