IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 29 PM 5:08

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| EVERETT LEON STOUT, | X X X | |
| Petitioner, | X X | |
| vs. | X X | No. 05-2546-Ma/P |
| BRUCE PEARSON and PAUL G. SUMMERS, | X X X X | |
| Respondents. | X X | |

ORDER DIRECTING CLERK TO SERVE
OCTOBER 4, 2005 ORDER ON RESPONDENTS
AND
ORDER EXTENDING TIME FOR RESPONDENTS TO FILE RESPONSE

Petitioner Everett Leon Stout, Bureau of Prisons inmate registration number 23867-001, an inmate at the Federal Correctional Institution in Memphis, filed a *pro se* petition pursuant to 28 U.S.C. § 2241 on July 28, 2005, along with a motion seeking leave to proceed *in forma pauperis*. The Court issued an order on October 4, 2005 that, *inter alia*, directed the respondents to file a response to the petition within twenty-three days. Due to an apparent error by the Clerk, copies of the petition and that order were not served on respondents. Accordingly, the Clerk is ORDERED, forthwith, to serve a copy of the petition, the October 4, 2005 order, and this order on the respondents by certified mail

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-6-05

7

and shall provide a copy of the petition, the October 4, 2005 order, and this order to the United States Attorney for the Western District of Tennessee and Tennessee Attorney General and Reporter Paul G. Summers. Pursuant to Fed. R. Civ. P. 4(i), the Clerk shall also send copies of the petition, the October 4, 2005 order, and this order by certified mail to Attorney General Alberto Gonzales. Respondents' time to respond to the petition is extended to twenty-three (23) days from the date of entry of this order.

IT IS SO ORDERED this 29th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02546 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Everett Leon Stout
F.C.I-Memphis
23867-001
1101 John A. Denie Rd.
P.O. Box 34550
Memphis, TN 38184

Honorable Samuel Mays
US DISTRICT COURT